```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY LEE BRATCHER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-07-575-FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| LARRY LEE BRATCHER, ) | |
| ) | Date: April 21, 2008 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of April 21, 2008 be vacated, and the matter be set for status conference on May 5, 2008 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 5, 2008 pursuant to 18 U.S.C.

§3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   April 17, 2008.            Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Public Defender

DATED:   April 17, 2008.            /s/ Linda C. Harter
                                LINDA C. HARTER
                                Chief Assistant Federal Defender
                                Attorney for Defendant

                                McGREGOR W. SCOTT
                                United States Attorney

DATED:   April 17, 2008.            /s/Ken Melikian
                                KEN MELIKIAN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including May 5, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April 17, 2008
                                FRANK C. DAMRELL, JR.
                                United States District Judge