DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY LEE BRATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-07-575-FCD |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| LARRY LEE BRATCHER, | ) | |
| | ) | Date: May 5, 2008 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of May 5, 2008 be vacated, and the matter be set for status conference on June 2, 2008 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 2, 2008 pursuant to 18 U.S.C.

1  §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based
2  upon continuity of counsel and defense preparation.
3  DATED:  May 2, 2008.                  Respectfully submitted,
4                                        DANIEL J. BRODERICK
                                          Federal Public Defender
5

6
   DATED:  May 2, 2008.                  /s/ Linda C. Harter
7                                         LINDA C. HARTER
                                          Chief Assistant Federal Defender
8                                         Attorney for Defendant

9                                         McGREGOR W. SCOTT
                                          United States Attorney
10

11
   DATED:  May 2, 2008.                  /s/Ken Melikian
12                                        KEN MELIKIAN
                                          Assistant U.S. Attorney
13                                        Attorney for Plaintiff

14

15      IT IS SO ORDERED.

16  DATED: May 2, 2008

17

18                                        _____
19                                        FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE

2