```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY LEE BRATCHER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-07-575-FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING CHANGE OF PLEA HEARING** |
| ) | **AND EXCLUDING TIME** |
| LARRY LEE BRATCHER, ) | |
| ) | Date: September 8, 2008 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KENNETH MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the change of plea hearing date of September 8, 2008 be vacated, and the matter be set for change of plea on September 22, 2008 at 10:00 a.m.

This continuance is requested as counsel for the government will be unavailable for several days due to a family emergency.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 22, 2008 pursuant to 18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code

1  T4 based upon continuity of counsel and defense preparation.

                                                  Respectfully submitted,

                                                  DANIEL J. BRODERICK
                                                  Federal Public Defender

Dated: September 5, 2008       /s/ Linda C. Harter
                                                 LINDA C. HARTER
                                                 Chief Assistant Federal Defender
                                                 Attorney for Defendant

                                                 McGREGOR W. SCOTT
                                                 United States Attorney

Dated:  September 8, 2008.      /s/Ken Melikian
                                                 KEN MELIKIAN
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including September 22, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: September 8, 2008

                                               FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE