```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  LARRY LEE BRATCHER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-07-575-FCD |
| Plaintiff, ) | |
| ) | **STIPULATION ORDER** |
| v. ) | **CONTINUING CHANGE OF PLEA HEARING** |
| ) | **AND EXCLUDING TIME** |
| LARRY LEE BRATCHER, ) | |
| ) | Date:  September 22, 2008 |
| Defendant. ) | Time:  10:00 a.m. |
| _____ | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KENNETH MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the change of plea hearing date of September 22, 2008 be vacated, and the matter be set for change of plea on October 14, 2008 at 10:00 a.m.

This continuance is requested as counsel for the government continues to be unavailable due to a personal emergency.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 14, 2008 pursuant to

18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:   September 19, 20008

        Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Public Defender

        /s/ Linda C. Harter
        LINDA C. HARTER
        Chief Assistant Federal Defender
        Attorney for Defendant
        LARRY LEE BRATCHER

Dated:   September 19, 2008        McGREGOR W. SCOTT
        United States Attorney

        /s/ Ken Melikian
        KEN MELIKIAN
        Assistant U.S. Attorney
        Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including October 14, 2008 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: September 19, 2008

        FRANK C. DAMRELL, JR.
        UNITED STATES DISTRICT JUDGE