1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700

   Attorney for Defendant
   LARRY LEE BRATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-07-575-FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING AND EXCLUDING TIME** |
| LARRY LEE BRATCHER, | |
| Defendant. | Date: October 14, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KENNETH MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the change of plea hearing date of October 14, 2008 be vacated, and the matter be set for change of plea on November 10, 2008 at 10:00 a.m.

   Counsel for the government is in the process of providing a proposed plea agreement to defense counsel.  Defense counsel seeks additional time to review that agreement with Mr. Bratcher once it has been received and to continue discussions with counsel for the government toward resolution of the case.

1  Based upon the foregoing, the parties agree that the time under
2  the Speedy Trial Act should be excluded from the date of signing of
3  this order through and including November 10, 2008 pursuant to
4  18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code
5  T4 based upon continuity of counsel and defense preparation.

Dated:   October 10, 2008

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender

                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        LARRY LEE BRATCHER

Dated:   October 10, 2008          McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Linda Harter for
                                        KEN MELIKIAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including November 10, 2008 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: <u>October 10</u>, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE