```
 1   DANIEL J. BRODERICK, #89424
     Federal Defender
 2   LINDA C. HARTER, CA Bar #179741
     Chief Assistant Federal Defender
 3   Designated Counsel for Service
     801 I Street, 3rd Floor
 4   Sacramento, California 95814
     Telephone: (916) 498-5700
 5
     Attorney for Defendant
 6   LARRY LEE BRATCHER

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,    )  No. CR. S-07-575 FCD
                                  )
12                  Plaintiff,    )
                                  )  STIPULATION AND ORDER TO MODIFY
13        v.                      )  CONDITIONS OF PROBATION AND FIX
                                  )  RESTITUTION PAYMENTS PURSUANT TO
14   LARRY LEE BRATCHER,          )  FED.R.CRIM.PRO. 32.1(c)(2)
                                  )
15                  Defendant.    )
                                  )  Judge: Hon. Frank C. Damrell, Jr.
16   _____ )

17

18        On March 16, 2009, Mr. Bratcher was sentenced to a 60 month term

19   of probation.  He is currently being supervised by the U.S. Probation

20   Office.  As a part of his sentence, Mr. Bratcher was also ordered to

21   pay restitution in the amount of $13,695.00 to the Social Security

22   Administration.  Credit was to be given for any amounts already

23   withheld by the Social Security Administration and the court ordered

24   that payment was to begin "immediately".

25        Mr. Bratcher is disabled and has been approved to received

26   benefits as a result of his disability.  He is unable to work at this

27   time and has no other income.  He would ordinarily be receiving a

28   monthly check from the Social Security Administration ("SSA").  SSA has
```

1   decided, however, to recover the restitution by taking 100% of the

2   monies that Mr. Bratcher would otherwise be receiving until restitution

3   has been paid in full.

4        The probation officer first learned of this situation from Mr.

5   Bratcher and, recognizing that this could result in Mr. Bratcher

6   suffering extreme financial hardship and likely being unable to pay his

7   rent, the probation officer attempted to reach a resolution with SSA.

8   The probation officer learned that unless the restitution order by the

9   Court specifies an amount, SSA's position is that they will take 100%

10  of any monies otherwise paid out.

11       The parties, having been informed of this situation, therefore

12  stipulate and request that the Court modify the conditions of Mr.

13  Bratcher's probation and order repayment to the Social Security

14  Administration, at a rate of 25% of the benefits Mr. Bratcher would

15  otherwise receive from SSA, until the full amount of restitution has

16  been paid.  This amount was recommended by the probation officer after

17  consideration of Mr. Bratcher's resources and after consultation with

18  representative's from SSA.  Further, this amount would be taken by SSA

19  from the defendant's benefits check.

20  Dated:  June 17, 2009

21                                    Respectfully submitted,

22                                    DANIEL J. BRODERICK
                                      Federal Defender

23

24                                    /s/ Linda C. Harter
                                      LINDA C. HARTER
25                                    Chief Assistant Federal Defender
                                      Attorney for Defendant
26                                    LARRY LEE BRATCHER

27  ///

28  ///

1   Dated:   June 17, 2009              LAWRENCE G. BROWN
                                        Acting United States Attorney
2

3                                       /s/ Linda C. Harter for
                                        JOHN VINCENT
4                                       Assistance U.S. Attorney

5

6                            **O R D E R**

7        For the reason's stated above, the Court orders that Mr.

8   Bratcher's conditions of probation be modified and adds the condition

9   that the Social Security Administration shall be paid restitution in

10  the amount previously ordered, ($13,695.00 less any amounts already

11  paid or withheld) in payments that are not to exceed 25% of the

12  benefits that Mr. Bratcher would otherwise receive from the Social

13  Security Administration, until the restitution is fully paid.

14

15  Dated: June 22, 2009

16

17                         FRANK C. DAMRELL, JR.
                           UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

Motion to Modify Conditions of Probation -3-